1

2

3

4

5                                                                                  JS-6

6

7

8                        **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA (WESTERN DIVISION)**

10   TRI-COASTAL DESIGN GROUP, INC., a New        **Case No.: 11 CV-6447-JFW (AGRx)**
     Jersey Corporation,

11
                 Plaintiff,                       **ORDER OF DISMISSAL OF**
12                                                **ACTION**

13        vs.
                                                  **Hon. John F. Walter**
14   SPA DE SOLEIL MANUFACTURING, INC., a
     California corporation; HOME SPA
15   COLLECTION, a California Corporation;
     OVERSTOCK.COM, INC., a Utah Corporation;
16   DOLLARDAYS INTERNATIONAL, LLC, an
     Arizona Corporation; HIOLO, a New York
17   Corporation, and DOES 1-10,

18               Defendants.

19   AND RELATED COUNTERCLAIM

20

21        Pursuant to Fed. R. Civ. P. 41 and the Stipulated Dismissal With Prejudice, the dismissal

22   of the First Amended Complaint against Spa de Soleil Manufacturing, Inc., Home Spa Collection

23   and Overstock.com, Inc. with prejudice, and dismissal of the Counterclaim against Tri-Coastal

24   Design Group, Inc. with prejudice, are hereby approved.  Each party shall bear its own costs,

25   including attorneys' fees.

26        **IT IS SO ORDERED:**

27   DATED: April 11, 2012

28                                                _John F. Watt_____
                                                  Hon. John F. Walter
                                                  United States District Judge

                                        -1-
                                       ORDER