JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA (WESTERN DIVISION)

| | |
|---|---|
| TRI-COASTAL DESIGN GROUP, INC., a New Jersey Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SPA DE SOLEIL MANUFACTURING, INC., a California corporation; HOME SPA COLLECTION, a California Corporation; OVERSTOCK.COM, INC., a Utah Corporation; DOLLARDAYS INTERNATIONAL, LLC, an Arizona Corporation; HIOLO, a New York Corporation, and DOES 1-10, <br><br> Defendants. | Case No.: 11 CV-6447-JFW (AGRx) <br><br> **ORDER OF DISMISSAL OF ACTION** <br><br> Hon. John F. Walter |

AND RELATED COUNTERCLAIM

Pursuant to Fed. R. Civ. P. 41 and the Stipulated Dismissal With Prejudice, the dismissal of the First Amended Complaint against Spa de Soleil Manufacturing, Inc., Home Spa Collection and Overstock.com, Inc. with prejudice, and dismissal of the Counterclaim against Tri-Coastal Design Group, Inc. with prejudice, are hereby approved. Each party shall bear its own costs, including attorneys' fees.

**IT IS SO ORDERED:**

DATED: April 11, 2012

_(signature)_
Hon. John F. Walter
United States District Judge

-1-
ORDER